Christopher E. Hawk, OSB #061635
chawk@gordonrees.com
Florence Z. Mao, OSB #144804
fmao@gordonrees.com
Gordon & Rees LLP
121 SW Morrison Street, Suite 1575
Portland, OR  97204
Telephone: (503) 227-8269
Facsimile: (503) 616-3600

Attorneys for Defendant, *Portfolio Recovery Associates, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TRISHA SPRAYBERRY, et al.,<br><br>                    Plaintiff,<br><br>     v.<br><br>PORTFOLIO RECOVERY ASSOCIATES,LLC,<br><br>                    Defendant. | No. 3:17-cv-00112-YY<br><br>**NOTICE OF APPEARANCE** |

TO:    Clerk of the Court for USDC District of Oregon.

PLEASE TAKE NOTICE that Florence Z. Mao of the law firm of Gordon & Rees LLP, hereby enters her appearance as one of the attorneys of record for Defendant Portfolio Recovery Associates, LLC., in the above-captioned matter and requests that notification of all filings and other activities in the case be sent to the below referenced email.

NOTICE OF APPEARANCE
Page 1 of 2

FLORENCE Z. MAO, OSB No. 144804
fmao@gordonrees.com
GORDON & REES LLP
121 SW Morrison, Suite 1575
Portland, OR 97204
Ph: (503) 382-3874
Fax: (503) 616-3600


Dated:  May 8, 2017

                                    By:  s/ *Florence Z. Mao*
                                        Christopher E. Hawk, OSB #061635
                                        chawk@gordonrees.com
                                        Florence Z. Mao, OSB #144804
                                        fmao@gordonrees.com
                                        Gordon & Rees LLP
                                        121 SW Morrison Street, Suite 1575
                                        Portland, OR  97204
                                        Telephone: (503) 227-8269
                                        Facsimile: (503) 616-3600
                                        Attorneys for Defendant, *Portfolio Recovery Associates, LLC*