IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRISHA SPRAYBERRY, on behalf of herself
and others similarly situated,

        Plaintiff,

    v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

        Defendant.

No. 3:17-CV-00112-SB

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation [53] on April 11, 2018, in which she recommends that this Court deny Defendant's Motion to Compel Arbitration [14] and deny as moot Plaintiff's Motion for Judicial Notice [29]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Defendant filed timely objections to the Magistrate Judge's Findings & Recommendation. Def.'s Obj., ECF 55. When any party objects to any portion of the Magistrate

1 - ORDER

Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Defendant's objections and concludes there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [53] denying Defendant's Motion to Compel Arbitration [14]. The Court also DENIES AS MOOT Plaintiff's Motion for Judicial Notice [29].

IT IS SO ORDERED.

DATED this \_\_\_\_19\_\_\_\_ day of July, 2018.

_____
MARCO A. HERNÁNDEZ
United States District Judge