IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TRISHA SPRAYBERRY, on behalf of herself and others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　　　　Defendant. | Case No. 3:17-cv-00111-SB<br>Case No. 3:17-cv-00112-SB<br><br>**JUDGMENT** |

　　　　Based on the Order of the Court (ECF No. 117 in Case No. 3:17-cv-00111-SB and ECF No. 147 in Case No. 3:17-cv-00112-SB), it is ORDERED and ADJUDGED that this case is DISMISSED with prejudice.

　　　　DATED this __15_ day of November, 2021.

　　　　　　　　　　　　　　　　　　　_/s/ Marco Hernández_
　　　　　　　　　　　　　　　　　　　HON. MARCO A. HERNÁNDEZ
　　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1 – JUDGMENT